**DAVID M. ZANIEL, ESQ.**
Nevada Bar No. 7962
**RANALLI, ZANIEL, FOWLER & MORAN, LLC**
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
Attorneys for Defendant

## UNITED STATES DISRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATELYNN HADLOCK, individually, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MERCURY CASUALTY COMPANY, a )<br>Foreign Corporation; ABC CORPORATIONS )<br>I-X; BLACK AND WHITE COMPANIES I-X, )<br>and JOHN DOES I-X inclusive, )<br><br>Defendants. )<br>_____ ) | 3:20–cv–00280–MMD–WGC |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KATELYNN

HADLOCK, by and through her attorney of record, MARK WENZEL, ESQ. of THE LAW FIRM

OF BRADLEY DRENDEL & JEANNEY and Defendant, MERCURY CASUALTY

COMPANY, by and through their attorney of record, DAVID M. ZANIEL, ESQ., of RANALLI

ZANIEL FOWLER & MORAN that the above-entitled matter,

///

///

//

1

Stipulation and Order for Dismissal with Prejudice

be dismissed with prejudice with each of the parties to bear their own costs and fees.

Dated this ____ day of August 2020.          Dated this 24th day of August 2020.

RANALLI, ZANIEL, FOWLER & MORAN          BRADLEY DRENDEL & JEANNEY

_____          _____
David M. Zaniel, Esq.                     Mark Wenzel, Esq.
Nevada Bar No. 7962                       Nevada Bar No. 5820
50 West Liberty Street, Suite 1050        PO Box 1987
Reno, Nevada 89501                        Reno, Nevada 89505
*Attorney for Defendant*                  *Attorney for Plaintiff*

## ORDER

**PURSUANT TO STIPULATION OF THE PARTIES HERETO**, through their respective counsel of record, it is hereby,

**ORDERED, ADJUDGED, and DECREED**, that the above entitled matter be dismissed with prejudice with each of the parties to bear their own costs and fees incurred herein.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the jury fees, if any, posted herein on behalf of Defendant MERCURY CASUALTY COMPANY be returned to RANALLI ZANIEL FOWLER & MORAN.

DATED this __8th__ day of ____September____ 2020.

_____
FEDERAL COURT JUDGE

2

Stipulation and Order for Dismissal with Prejudice